UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KELLY LYNN BALLINGER,

        Petitioner,                      Case No. 20-cv-13433
                                                    Hon. Matthew F. Leitman

v.

JEREMY HOWARD,

        Respondent.

_____/

## JUDGMENT

The above-entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the Petition for a writ of habeas corpus is **DENIED**; a Certificate of Appealability is **DENIED**; and leave to appeal *in forma pauperis* is **GRANTED**.

                                                      KINIKIA ESSIX
                                                      CLERK OF COURT

                                  By:    s/Holly A. Ryan
                                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  March 18, 2024
Detroit, Michigan